# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2637

_____

Barry Lyndell Wallace,                          *
                                                *
            Appellant,                          *
                                                *
    v.                                          *
                                                *
Richard E. Busby, Sheriff of                    *   Appeal from the United States
Crittenden County; Robert Bretherick,           *   District Court for the
Chief Jailer, Crittenden County                 *   Eastern District of Arkansas.
Sheriff's Department; Robert Cooper,            *
Chief Deputy, Crittenden County                 *
Sheriff's Department,                           *   [UNPUBLISHED]
                                                *
            Appellees,                          *
                                                *
Crittenden County, Arkansas;                    *
Crittenden County Quorum Court;                 *
Brian Williams, Crittenden County               *
Judge,                                          *
                                                *
            Defendants.                         *

_____

Submitted: November 6, 2000
    Filed:  November 9, 2000

_____

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Barry Lyndell Wallace appeals from the district court's[1] judgment, following an evidentiary hearing before a magistrate judge, dismissing with prejudice his 42 U.S.C. § 1983 action. Wallace did not request a jury trial, and he filed no objections to the magistrate judge's post-hearing report, which the district court reviewed and adopted in its entirety. We conclude that the district court did not err in holding that the conditions of Wallace's confinement failed to rise to the level of a constitutional violation. See Smith v. Copeland, 87 F.3d 265, 268 (8th Cir. 1996) (analysis of confinement conditions must be based on totality of circumstances). We therefore affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.